# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | Case No. 11-36759 |
| ) | |
| STEVEN P. COTSIRILOS, ) | Honorable Jacqueline P. Cox |
| ) | Room 680 |
| Debtor. ) | |
| ) | |
| ) | |

## AUTHORIZATION AND CONSENT FOR WITHDRAWAL

I, Steven P. Cotsirilos, hereby authorize and consent to the law offices of Weissberg and Associates, Ltd. to withdraw immediately as the attorneys of record for me in the above-captioned matter without further written notice being served upon me.

I, Steven P. Cotsirilos, under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, certify that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certify as aforesaid that I verily believe the same to be true.

Dated: MARCH 13, 2018

Steven P. Cotsirilos

1