UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-36759 |
| | ) | |
| Steven Cotsirilos, | ) | Chapter: 7 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

## ORDER GRANTING TRUSTEE'S RULE 2004 MOTION

This matter came on the motion of Philip D. Levey (the "Trustee"), not individually, but solely as trustee for the chapter 7 bankruptcy estate of the captioned debtor (the "Debtor"), for the entry of an order authorizing the Trustee to conduct examinations pursuant to Bankruptcy Rule 2004 of certain entities likely to have knowledge and information regarding SPIC, LLC; due notice of the Motion having been provided; and the Court having conducted a hearing on the Motion and being advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein; and

2. Without prejudice to further examinations and pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, the Trustee is authorized to take the examination of Steven P. Cotsirilos, The Rita Cotsirilos Revocable Trust, Rita Cotsirilos, Richard Weil, Esq., SCIP, LLC, Lifestyle Property Management LLC, and Dianne S. Cotsirilos (collectively, the "Examinees").

Enter:

Dated: MAR 21 2018

*Jacqueline P. Cox*
United States Bankruptcy Judge

**Prepared by:**
William J. Factor
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com

Rev: 20130104_bko