UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  11-36759 |
| | ) | |
| Cotsirilos, Steven P. | ) | Chapter: 7 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON MOTION FOR LEAVE TO WITHDRAW
## AS ATTORNEYS OF RECORD FOR DEBTOR

This matter coming on to be heard on Ariel Weissberg and Weissberg and Associates, Ltd.'s Motion for Leave to Withdraw as Attorneys of Record for Debtor; due notice having been given to the Debtor and all parties-in-interest; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Ariel Weissberg and the law firm of Weissberg and Associates, Ltd. are granted leave to withdraw as the attorneys of record for the Debtor, Steven P. Cotsirilos, in this instant Chapter 7 bankruptcy case.

Enter: *Jacqueline B. Cox*
J. Cox

United States Bankruptcy Judge

Dated: 3/21/18

**Prepared by:**
Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605
T. 312-663-0004
F. 312-663-1514

Rev: 20120501_bko