UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-36759 |
| | ) | |
| Steven P. Cotsirilos, | ) | Chapter: 7 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**ORDER RE AMENDED TRUSTEE'S MOTION TO SELL FRACTIONAL INTERESTS IN CIBS, INC., CFP INVESTMENTS, LLP AND S.C.I.P., LLC**

The motion of Phillip D. Levey, Trustee herein, for authority to sell this estate's right, title and interest in fractional interests in CIBS, Inc., CFP Investments, LLP and S.C.I.P., LLC for the sum of $750,000.00, subject to all existing liens, encumbrances and claims of exemption, having been filed herein; and due notice having been given to the debtor, the Office of the U.S. Trustee, all creditors, all ECF filers and other parties in interest; no counter-offers having been presented; no objections having been presented thereto; and a hearing having been held thereon; it is hereby
ORDERED, that Phillip D. Levey, Trustee herein, is authorized to sell this estate's right, title and interest in the debtor's 25% interest in CIBS, Inc., 20.85% interest in CFP Investments, LLP and 50% interest in S.C.I.P., LLC, subject to all existing liens, encumbrances and claims of exemption, and release Steven P. Cotsirilos, the debtor, Dianne Cotsirilos, the debtor's wife, and Peter Cotsirilos, the debtor's son, (collectively, the "Released Parties") from any and all claims, causes of action, obligations, rights, suits, damages, and liabilities whatsoever, whether known or unknown, foreseen or unforeseen, liquidated or unliquidated, fixed or contingent, or whether arising in law or in equity, that the Trustee would have been entitled to assert against the Released Parties or any of them in exchange for (1) the sum of $750,000.00 to be paid by Steven P. Cotsirilos, the debtor herein, with said purchase price to be allocated among said interests as described in the aforesaid motion; and (2) withdrawal with prejudice of general unsecured Claim No. 16 in the amount of $275,000.00 filed by Rita Cotsirilos, the debtor's mother, and her agreement not to file any additional claims in this case; and (3) it is further
ORDERED, that said $750,000.00 shall be due and payable by the debtor to Phillip D. Levey, as Trustee herein, within sixty (60) days from the date of this Order and Claim No. 16 filed by Rita Cotsirilos in the amount of $275,000.00 shall likewise be withdrawn within sixty (60) days from the date of this Order.

Enter: *[signature: Jacqueline Cox]*

Dated: 11-19-19

United States Bankruptcy Judge

**Prepared by:**
Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

Rev: 20151029_bko