UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
Steven P. Cotsirilos,               )     Case No. 11-36759
                                    )
         Debtor(s).                 )

## NOTICE OF MOTION

Office Of U.S. Trustee
219 South Dearborn Street-Suite 873
Chicago, IL 60604

Marc H. Weinstein & Associates, Ltd.
4415 West Harrison Street, Suite 234
Hillside, IL 60162

Steven P. Cotsirilos
1025 Sheridan Rd.
Wilmette, IL 60091

  PLEASE TAKE NOTICE that on January 12, 2021, at 1:00 p.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, and present the Trustee's Objection to Claim Number 13 Filed By Nancy Colucci, a copy of which is attached.
  **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:
  **To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.
  **To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
  **Meeting ID and password.** The meeting ID for this hearing is 1612732896 and the password is 778135. The meeting ID and password can also be found on the judge's page on the court's web site.
  **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Phillip D. Levey
Attorney for Trustee

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

## CERTIFICATE OF SERVICE

  I, Phillip D. Levey, an attorney, certify that on December 13, 2020, I served the aforesaid Notice of Motion and the Motion described therein on the Office of the U.S. Trustee via ECF and on the remaining persons, if any, by depositing the same in the U.S. Mail in envelopes, with proper postage prepaid.

                /s/ Phillip D. Levey
                Attorney for Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
Steven P. Cotsirilos,               )     Case No. 11-36759
                                    )
        Debtor.                     )

### TRUSTEE'S OBJECTION TO CLAIM NUMBER 13
### FILED BY NANCY COLUCCI

Phillip D. Levey, trustee herein, respectfully represents as follows:

1. This case was commenced by the filing of a voluntary petition under Chapter 7 of the Code on September 9, 2011.

2. Movant is the duly appointed, qualified and acting trustee in this Chapter 7 case.

3. Nancy Colucci ("Colucci") has filed a tardy general unsecured claim in the amount of $189,000.86 herein. The claim has been docketed as Claim Number 13 on the Claims Register maintained by the Clerk of this Court. A copy of said claim is attached hereto as Exhibit "A".

4. According to Colucci's proof of claim, it is based on a judgment in the amount of $115,445.00 entered by the Circuit Court of Cook County, Illinois on May 28, 2009. In addition to the judgment, Colucci seeks payment of post-judgment interest in the amount of $73,555.86, calculated at Illinois' statutory judgment interest rate of 9% per annum, for the period May 28, 2009 through June 24, 2016.

5. Colucci therefore asserts that she is entitled to the payment of post-petition interest on her claim.

6. Pursuant to 11 U.S.C. § 502(b)(2), however, general unsecured creditors are not entitled to receive interest on a claim that accrues after the date when a bankruptcy petition is filed in a

Chapter 7 case.

7. Your trustee therefore recommends that Colucci's claim for post-petition interest be disallowed.

8. Your trustee further recommends that Colucci's claim be allowed as a tardy general unsecured claim in the reduced amount of $139,186.00 after the disallowance of her claim for post-petition interest. Said reduced amount includes pre-petition interest at the rate of 9% per annum in the amount of $23,741.00 for the period May 28, 2009 through September 9, 2011, the date on which this case was commenced.

Wherefore, your trustee prays for the entry of an order in conformity with the foregoing objection and for such other and further relief as may be appropriate.

/s/ Phillip D. Levey
Trustee

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1: STEVE COTSIRILOS

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 11-36759

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
NANCY COLUCCI
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

MARC H. WEINSTEIN & ASSOCIATES, LTD
Name

4415 W HARRISON ST, STE 234
Number    Street

HILLSIDE              IL         60162
City                  State      ZIP Code

Contact phone 708-375-5500

Contact email MARC@MHWLAW.NET

Where should payments to the creditor be sent? (if different)

Name _____

Number   Street _____

City   State   ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/___
                                                                        MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                       Proof of Claim                       page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___  ___  ___  ___

**7. How much is the claim?**   $_____ 189,000.86. **Does this amount include interest or other charges?**

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**MONIES LOANED/JUDGMENT ENTERED 08-M4-1473**

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**            $_____
**Amount of the claim that is secured:**   $_____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate (when case was filed)** _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

☒ No
☐ Yes. Check one:

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   06/27/2016
                   MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name      NANCY _____ COLUCCI
          First name   Middle name   Last name

Title     _____

Company   _____
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   1 OAKBROOK CLUB DRIVE #A106
          Number    Street
          OAKBROOK                         IL        60523
          City                             State     ZIP Code

Contact phone  708-287-8179           Email  _____

ORDER

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

NANCY COLUCCI

v.

STEVE COTSIRILOS

No. 08M4-1473

### ORDER

This cause coming to be heard on the Complaint for Breach of Contract filed by Plaintiff Colucci against Defendant Cotsirilos. The parties being in agreement Plaintiff represented by counsel and Cotsirilos being present in Court. The Court being advised in the premises orders and finds

1. The parties acknowledge the existence of a promissory note dated December 30, 2005 and signed by the parties hereto in the amount of $250,000.00 at twelve (12%) interest

2. That there currently exists a balance owed by Cotsirilos to Colucci in the amount of $115,000, One Hundred Fifteen Thousand plus interest at the rate of 12% as of Jan 1, 2009 plus costs of $445

3. Judgment is hereby entered against Steve Cotsirilos and in favor of Nancy Colucci in the amount of $115,445.00 at 12 percent interest

4. This cause is dismissed without prejudice

Atty. No.: 34671
Name: MARC WEINSTEIN
Atty. for: Plaintiff
Address: 4415 W. Harrison
City/State/Zip: Hillside IL 60162
Telephone: 708-375-5500

ENTER: _____
Judge

ENTERED
JUDGE CHERYL D. INGRAM-1597
MAY 28 2009
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

3315      (Rev. 6/11/02) CCG 0015
Memorandum of Judgment

IN THE CIRCUIT COURT OF
COOK COUNTY, ILLINOIS

Nancy Colucci
        PLAINTIFF
    v.
Steve Cotsirilos
        DEFENDANT

Recorder's Stamp

No. 08M4-1473

## MEMORANDUM OF JUDGMENT

On MAY 28, 2009, judgment was entered in this court in favor of the plaintiff NANCY COLUCCI

and against defendant STEVE COTSIRILOS

whose address is 1025 Sheridan Road, Wilmette ILL 60091

in the amount of $115,445.00 ONE HUNDRED FIFTEEN THOUSAND FOUR HUNDRED FORTY FIVE DOLLARS AT INTEREST PER THE PROMISSORY NOTE DATED 12/30/05 AT 12% PER ANNUM

Cheryl D. Ingram    1597
Judge          Judge's No.

Atty. No.: 34671
Name: MARC WEINSTEIN
Atty. for: PLAINTIFF
Address: 4415 W. HARRISON #234
City/State/Zip: HILLSIDE IL 60162
Telephone: 708-375-5300

ENTERED
JUDGE CHERYL D. INGRAM-1597
MAY 28 2009
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Post-Judgment Interest Calculator

6/24/2016

Original judgment amount: 115,445.00

Judgment date [month] [day] [4-digit year]: 05  28  2009

Annual interest rate (%): 9

Compute  Reset

Interest per day: $28.4659

Number of days since judgment date: 2584

Total interest accumulated since judgment date: $73,555.86

Total current value of judgment: $189,000.86

Post-Judgment Interest Calculator, Copyright © 2004 - 2011, Daniel C. Peterson, All Rights Reserved.
Web Winder Website Services, Providing Online Calculators for Websites since 1997.