UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
COTSIRILOS, STEVEN P § Case No. 11-36759
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Phillip D. Levey _____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No.: | 11-36759 | JPC | Judge: JACQUELINE COX | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | COTSIRILOS, STEVEN P | | | | Date Filed (f) or Converted (c): | 09/09/11 (f) |
| | | | | | 341(a) Meeting Date: | 10/07/11 |
| For Period Ending: | 01/06/21 | | | | Claims Bar Date: | 01/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1025 Sheridan Rd., Wilmette IL 60091 | 471,000.00 | 0.00 | | 0.00 | FA |
| 2. 1835 Crescent Ave. Park Ridge, IL 60091 | 171,500.00 | 0.00 | | 0.00 | FA |
| 3. 5321 W. Winnemac Chicago, Il 60630   Stay modified - foreclosed. | 250,000.00 | 0.00 | | 0.00 | FA |
| 4. 5339 W. Montrose Chicago, IL 60641   Stay modified - foreclosed. | 208,000.00 | 0.00 | | 0.00 | FA |
| 5. 39 W163 Fryendall Ct. Geneva, IL 60134 | 650,000.00 | 0.00 | | 0.00 | FA |
| 6. 351 W. 105th Pl. Chicago, IL 60628 | 7,500.00 | 0.00 | | 0.00 | FA |
| 7. 119 N. Waller Ave. Chicago, IL 60644 | 15,000.00 | 0.00 | | 0.00 | FA |
| 8. 322 W. 105th St. Chicago, IL 60628 | 8,000.00 | 0.00 | | 0.00 | FA |
| 9. 1117 S. Taylor St. Oak Park, IL 60607 | 190,000.00 | 0.00 | | 0.00 | FA |
| 10. Cash   Debtor Claimed Exemption | 168.00 | 0.00 | | 168.00 | FA |
| 11. Chase Checking   Debtor Claimed Exemption | 19.76 | 0.00 | | 19.76 | FA |
| 12. Chase Checking   Debtor Claimed Exemption | 188.00 | 0.00 | | 188.00 | FA |
| 13. North Shore Community Bank Tenant Security Deposi | 0.00 | 0.00 | | 0.00 | FA |
| 14. Fidelity Brokerage Account   Debtor Claimed Exemption | 2,667.30 | 0.00 | | 0.00 | FA |
| 15. Chase Checking   Debtor Claimed Exemption | 31.11 | 0.00 | | 31.11 | FA |
| 16. Chase Checking Account Jointly Held with Michael H   Debtor Claimed Exemption | 209.50 | 0.00 | | 209.50 | FA |
| 17. Furniture   Debtor Claimed Exemption | 2,500.00 | 0.00 | | 0.00 | FA |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*   Ver: 22.02g

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 11-36759 | JPC | Judge: JACQUELINE COX |
|---|---|---|---|
| Case Name: | COTSIRILOS, STEVEN P | | |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Date Filed (f) or Converted (c): | 09/09/11 (f) |
| 341(a) Meeting Date: | 10/07/11 |
| Claims Bar Date: | 01/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 19. Hartford Insurance Company, Whole Life Policy Sub | 2,200.00 | 0.00 | | 0.00 | FA |
| Hartford Insurance Company, Whole Life Policy Subject to $30,000 early withdrawal penalty. Withdrawals allowed in or about 2025 without penalty. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 20. Fidelity UTM Account | 0.00 | 0.00 | | 0.00 | FA |
| 21. Fidelity Roth IRA | 14,127.57 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 22. Lifestyle Property Management, LLC | 0.00 | 0.00 | | 0.00 | FA |
| Membership Interest | | | | | |
| 23. S.C.I.P., LLC - 50% Membership Interest | 387,500.00 | 160,575.00 | | 160,575.00 | FA |
| Sold per order 11-19-19. (Dkt. 223) | | | | | |
| 24. CIBS Corp Stock Shares (25% owner) | 85,500.00 | 200,325.00 | | 200,325.00 | FA |
| Sold per order 11-19-19. (Dkt. 223) | | | | | |
| 25. $3,100,000 in Uncollectable Promissory notes | 0.00 | 0.00 | | 0.00 | FA |
| 26. 1966 MGB: 66000 miles | 5,000.00 | 5,000.00 | | 5,300.00 | FA |
| Sold per order 11-28-11. (Dkt. 74) | | | | | |
| 27. 1970 Jaguar XKE: 74000 miles | 15,000.00 | 12,000.00 | | 12,000.00 | FA |
| Sold per order 11-28-11. (Dkt. 74) | | | | | |
| 28. 1984 BMW 745i: 169000 miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 29. 1986 BMW 745i: 98000 miles | 2,200.00 | 0.00 | | 0.00 | FA |
| 30. 1994 BMW 740iL: 171000 miles | 460.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 31. Sea & Sea 37 Sail Boat | 11,250.00 | 7,500.00 | | 7,500.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:    11-36759    JPC    Judge: JACQUELINE COX    Trustee Name:    Phillip D. Levey
Case Name:  COTSIRILOS, STEVEN P                        Date Filed (f) or Converted (c):    09/09/11 (f)
                                                        341(a) Meeting Date:                10/07/11
                                                        Claims Bar Date:                    01/13/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Sold per order 7-12-12. (Dkt. 122) | | | | | |
| 32. Tools | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 33. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.41 | FA |
| 34. Income Tax Refund (u) | 4,608.00 | 11,290.00 | | 11,290.00 | FA |
| 35. Chase Debtor-in-Possession Account (u) | 635.92 | 0.00 | | 635.92 | FA |
| Debtor Claimed Exemption | | | | | |
| 36. Fidelity Profit Sharing (u) | 19,754.18 | 19,754.18 | | 0.00 | FA |
| 37. CFP Investments, LLP - Distributions (u) | 0.00 | 123,802.42 | | 123,802.42 | FA |
| 38. CFP Investments, LLP - 20.85% Interest (u) | 0.00 | 389,100.00 | | 389,100.00 | FA |
| Sold per order 11-19-19. (Dkt. 223) | | | | | |

                                                                                        Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $2,529,519.34    $929,346.60         $911,146.12    $0.00
                                                                                        (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/15/13    Current Projected Date of Final Report (TFR): 07/31/20

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-36759 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | COTSIRILOS, STEVEN P | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2978 Checking |
| Taxpayer ID No: | *******0338 | | | |
| For Period Ending: | 01/06/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 35,866.58 | | 35,866.58 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.11 | 35,844.47 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.84 | 35,821.63 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.08 | 35,799.55 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.81 | 35,776.74 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.18 | 35,723.56 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 30.10 | 35,693.46 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.97 | 35,645.49 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.01 | 35,592.48 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.20 | 35,541.28 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.84 | 35,488.44 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.06 | 35,437.38 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.69 | 35,384.69 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.61 | 35,332.08 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.84 | 35,281.24 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.45 | 35,228.79 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.69 | 35,178.10 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.30 | 35,125.80 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.23 | 35,073.57 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.10 | 35,026.47 |
| 04/01/14 | 010002 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | TRUSTEE'S BOND | 2300-000 | | 8.46 | 35,018.01 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.07 | 34,965.94 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.31 | 34,915.63 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.91 | 34,863.72 |

Page Subtotals  35,866.58  1,002.86

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 22.02g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-36759 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | COTSIRILOS, STEVEN P | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2978 Checking |
| Taxpayer ID No: | *******0338 | | | |
| For Period Ending: | 01/06/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.16 | 34,813.56 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.76 | 34,761.80 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.68 | 34,710.12 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.94 | 34,660.18 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.53 | 34,608.65 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.79 | 34,558.86 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.37 | 34,507.49 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.31 | 34,456.18 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.27 | 34,409.91 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.15 | 34,358.76 |
| 04/27/15 | 010003 | Arthur B. Levine Company | TRUSTEE'S BOND | 2300-000 | | 24.86 | 34,333.90 |
| | | 60 East 42nd Street - Room 965 | Premium - 2/1/15 to 2/1/16 | | | | |
| | | New York, New York 10165 | | | | | |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.43 | 34,284.47 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.99 | 34,233.48 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.25 | 34,184.23 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.82 | 34,133.41 |
| 08/18/15 | | Steven Cotsirilos | Turnover | | 1,252.29 | | 35,385.70 |
| | 10 | COTSIRILOS, STEVEN | Memo Amount: 168.00 | 1129-000 | | | |
| | | | Turnover | | | | |
| | 35 | COTSIRILOS, STEVEN | Memo Amount: 635.92 | 1229-000 | | | |
| | | | Turnover | | | | |
| | 11 | COTSIRILOS, STEVEN | Memo Amount: 19.76 | 1129-000 | | | |
| | | | Turnover | | | | |
| | 12 | COTSIRILOS, STEVEN | Memo Amount: 188.00 | 1129-000 | | | |
| | | | Turnover | | | | |
| | 15 | COTSIRILOS, STEVEN | Memo Amount: 31.11 | 1129-000 | | | |
| | | | Turnover | | | | |
| | 16 | COTSIRILOS, STEVEN | Memo Amount: 209.50 | 1129-000 | | | |

Page Subtotals    1,252.29    730.31

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-36759 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | COTSIRILOS, STEVEN P | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2978  Checking |
| Taxpayer ID No: | *******0338 | | |
| For Period Ending: | 01/06/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/15 | | ASSOCIATED BANK | Turnover BANK SERVICE FEE | 2600-000 | | 51.59 | 35,334.11 |
| 12/08/15 | 010004 | Thompson Court Reporters, Inc. 1017 W. Washington Blvd. Suite 2F Chicago, IL  60607 | Court Reporter Deposition of Steven Cotsirilos on November 16, 2015, attendance fee. | 2990-000 | | 175.00 | 35,159.11 |
| 02/29/16 | 010005 | Arthur B. Levine Co., Inc. 370 Lexington Avnue Suite 1101 New York, NY  10017 | TRUSTEE'S BOND | 2300-000 | | 26.19 | 35,132.92 |
| 09/20/16 | 37 | Steven P. Cotsirilos | Turnover of post-petition distributions pursuant to Order, dated December 9, 2015, of distributions form CFP Investments, LP to debtor for 2011, 2012, 2013, 2014 and 2015. | 1223-000 | 39,560.00 | | 74,692.92 |
| 02/02/17 | 37 | Steven P. Cotsirilos | Turnover Partial turnover of distributions received from CFP Investments, LP for 2016. | 1223-000 | 25,000.00 | | 99,692.92 |
| 03/03/17 | 37 | Steven P. Cotsirilos | Turnover | 1223-000 | 58,400.00 | | 158,092.92 |
| 03/23/17 | 010006 | International Sureties, Ltd. 701 Poydras St. - Suite 420 New Orleans, LA  70139 | Trustee Bond | 2300-000 | | 23.00 | 158,069.92 |
| 04/26/17 | 37 | Steven P. Cotsirilos | Partial Turnover-CFP Distribution | 1223-000 | 842.42 | | 158,912.34 |
| 10/24/17 | 010007 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL  62794-9053 | 2013 Income Taxes FEIN XX-6940338 IL-1041 2013 | 2820-000 | | 386.00 | 158,526.34 |
| 10/24/17 | 010008 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL  62794-9053 | 2014 Income Taxes FEIN XX-6940338 IL-1041  2014 | 2820-000 | | 371.00 | 158,155.34 |

Page Subtotals    123,802.42    1,032.78

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-36759 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | COTSIRILOS, STEVEN P | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2978  Checking |
| Taxpayer ID No: | *******0338 | | | |
| For Period Ending: | 01/06/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/24/17 | 010009 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL  62794-9053 | 2015 Income Taxes<br>FEIN XX-6940338<br><br>IL-1041  2015 | 2820-000 | | 336.00 | 157,819.34 |
| 10/24/17 | 010010 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL  62794-9053 | 2016 Income Taxes<br>FEIN XX-6940338<br><br>IL-1041 2016 | 2820-000 | | 244.00 | 157,575.34 |
| 02/22/18 | 010011 | International Sureties, Ltd.<br>701 Poydras Street - Suite 420<br>New Orleans, LA 70139 | Trustee's Bond | 2300-000 | | 63.67 | 157,511.67 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 234.11 | 157,277.56 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 226.28 | 157,051.28 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 233.49 | 156,817.79 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 225.63 | 156,592.16 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 232.83 | 156,359.33 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 232.46 | 156,126.87 |
| 09/16/18 | 010012 | Illinois Department of Revenue | 2017 Income Taxes<br>FEIN  XX-6940338<br><br>2017<br><br>IL - 1041 - V | 2820-000 | | 182.00 | 155,944.87 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 224.57 | 155,720.30 |
| 11/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 231.49 | 155,488.81 |
| 12/12/18 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 155,488.81 | 0.00 |

| | Page Subtotals | 0.00 | 158,155.34 |
|---|---|---|---|

Page: 5

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-36759 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | COTSIRILOS, STEVEN P | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******2978  Checking |
| Taxpayer ID No: | *******0338 |  |  |
| For Period Ending: | 01/06/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Memo Allocation Receipts: | 1,252.29 | COLUMN TOTALS |  | 160,921.29 | 160,921.29 | 0.00 |
|  | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's |  | 35,866.58 | 155,488.81 |  |
|  |  |  | Subtotal |  | 125,054.71 | 5,432.48 |  |
|  | Memo Allocation Net: | 1,252.29 | Less:  Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 125,054.71 | 5,432.48 |  |

Page Subtotals          0.00          0.00

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-36759 -JPC | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | COTSIRILOS, STEVEN P | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6082  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0338 | | | |
| For Period Ending: | 01/06/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/26/11 | 26, 27 | Rita Cotsirilos | Sale of Automobiles | 1129-000 | 17,300.00 | | 17,300.00 |
| 12/30/11 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,300.14 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 21.33 | 17,278.81 |
| 01/31/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,278.96 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 22.66 | 17,256.30 |
| 02/29/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,256.44 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 20.51 | 17,235.93 |
| 03/30/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,236.07 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 21.19 | 17,214.88 |
| 04/05/12 | 000101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 14.94 | 17,199.94 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/30/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,200.09 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 21.86 | 17,178.23 |
| 05/31/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,178.38 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 21.82 | 17,156.56 |
| 06/29/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,156.70 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 20.39 | 17,136.31 |
| 07/16/12 | 31 | LPMI Liquidating Ltd. | Sale of 1/2 Interest in Boat | 1129-000 | 7,500.00 | | 24,636.31 |
| | | 1025 Sheridan Rd. | | | | | |
| | | Wilmette, IL  60091 | | | | | |
| 07/31/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.18 | | 24,636.49 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.47 | 24,610.02 |
| 08/15/12 | 34 | Internal Revenue Service | Income Tax Refund | 1224-000 | 7,723.00 | | 32,333.02 |
| 08/23/12 | 34 | United States Treasury | Tax Refund | 1224-000 | 3,567.00 | | 35,900.02 |
| 08/30/12 | 33 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 35,900.24 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 33.66 | 35,866.58 |
| | | 901 MAIN STREET | | | | | |

Page Subtotals   36,091.41   224.83

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

LFORM24

Ver: 22.02g

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit B

| Case No: | 11-36759 -JPC | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | COTSIRILOS, STEVEN P | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6082  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0338 | | | |
| For Period Ending: | 01/06/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | 10TH FLOOR<br>DALLAS, TX  75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 35,866.58 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 36,091.41 | 36,091.41 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 35,866.58 | |
| | | Subtotal | 36,091.41 | 224.83 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 36,091.41 | 224.83 | |

Page Subtotals        0.00        35,866.58

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-36759 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | COTSIRILOS, STEVEN P | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0038  Checking Account |
| Taxpayer ID No: | *******0338 | | | |
| For Period Ending: | 01/06/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 155,488.81 | | 155,488.81 |
| 04/06/19 | 002001 | Inernational Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 59.65 | 155,429.16 |
| | | 701 Poydras Street | BOND #016073584 | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA  70139 | Premium 2/1/19 - 2/1/20 | | | | |
| 09/11/19 | 002002 | Illinois Department of Revenue | 2018 Income Taxes | 2820-000 | | 353.00 | 155,076.16 |
| | | P.O. Box 19053 | FEIN XX-6940338 | | | | |
| | | Springfield, IL  62794-9053 | | | | | |
| | | | IL - 1041 - V | | | | |
| 01/08/20 | | Steven P. Cotsirilos | Sale of CIBS, CFP & SCIP | | 750,000.00 | | 905,076.16 |
| | | | Wire Transfer Bank Reference | | | | |
| | | | #20200108I1B7032R015283. | | | | |
| | 23 | | Memo Amount:       160,575.00 | 1129-000 | | | |
| | | | Sale of S.C.I.P., LLC-50% Interest | | | | |
| | 24 | | Memo Amount:       200,325.00 | 1129-000 | | | |
| | | | Sale CIBS Corp-25% | | | | |
| | 38 | | Memo Amount:       389,100.00 | 1229-000 | | | |
| | | | Sale of CFP InVestments-20.85% | | | | |
| 03/03/20 | 002003 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 303.98 | 904,772.18 |
| | | 701 Poydras St. | Blanket Bond Premium  02/01/20 to 02/01/21 | | | | |
| | | Suite 420 | BOND # 016073584 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/06/20 | 002004 | Illinois Department of Revenue | Income Taxes - 2017 & 2018 | 2820-000 | | 123.93 | 904,648.25 |
| | | P.O. Box 19035 | | | | | |
| | | Springfield, IL  62794-9035 | | | | | |
| 06/04/20 | 002005 | Law Office of William J. Factor, Ltd. | Special Counsel Fees and Expenses | | | 54,999.94 | 849,648.31 |
| | | d/b/a FactorLaw | Special Counsel Fees and Expenses per Order dated | | | | |
| | | 105 West Madison Street | May 26, 2020. | | | | |
| | | Suite 1500 | | | | | |

Page Subtotals        905,488.81        55,840.50

UST Form 101-7-TFR (5/1/2011) (Page: 13)

LFORM24

Ver: 22.02g

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9
Exhibit B

| Case No: | 11-36759 -JPC | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | COTSIRILOS, STEVEN P | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0038  Checking Account |
| Taxpayer ID No: | *******0338 | | | |
| For Period Ending: | 01/06/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60602 | | | | | | |
| | | | Fees | 53,525.00 | 3210-000 | | | |
| | | | Expenses | 1,474.94 | 3220-000 | | | |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 750,000.00 | COLUMN TOTALS | 905,488.81 | 55,840.50 | 849,648.31 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 155,488.81 | 0.00 | |
| | | Subtotal | 750,000.00 | 55,840.50 | |
| Memo Allocation Net: | 750,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 750,000.00 | 55,840.50 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 751,252.29 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking - ********2978 | 125,054.71 | 5,432.48 | 0.00 |
| | | Money Market Account (Interest Earn - ********6082 | 36,091.41 | 224.83 | 0.00 |
| Total Memo Allocation Net: | 751,252.29 | Checking Account - ********0038 | 750,000.00 | 55,840.50 | 849,648.31 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| | | | 911,146.12 | 61,497.81 | 849,648.31 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals           0.00           0.00

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: January 06, 2021 |

Case Number: 11-36759  
Debtor Name: COTSIRILOS, STEVEN P  

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL | Administrative | | $110,512.50 | $0.00 | $110,512.50 |
| 001<br>2100-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL | Administrative | | $48,807.31 | $0.00 | $48,807.31 |
| 001<br>3210-00 | William J. Factor<br>The Law Office of William J. Factor d/b/a Factorlaw<br>105 West Madison Street, Suite 1500<br>Chicago, IL | Administrative | | $54,999.94 | $54,999.94 | $0.00 |
| 001<br>3410-00 | Lois West<br>Kutchins Robbins & Diamond, Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Shaumburg, IL 60173 | Administrative | | $11,612.00 | $0.00 | $11,612.00 |
| 001<br>2200-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL | Administrative | | $654.23 | $0.00 | $654.23 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $221.01 | $0.00 | $221.01 |
| 000002<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,048.83 | $0.00 | $1,048.83 |
| 000003<br>050<br>4220-00 | Chicago Title Insurance Co., Inc.<br>c/o Fidelity National Law Group<br>10 S. LaSalle Street - Suite 2750<br>Chicago, IL 60603 | Secured<br>Withdrawn | | $0.00 | $0.00 | $0.00 |
| 000004<br>050<br>4110-00 | Lake Forest Bank & Trust Company<br>c/o Letvin & Stein<br>541 N. Fairbanks Court<br>Suite 212<br>Chicago IL 60611 | Secured<br>Withdrawn | | $0.00 | $0.00 | $0.00 |
| 000005<br>070<br>7100-00 | Capital Partners Fourteen, LLC<br>Konicek & Dillon<br>21 W. State St.<br>Geneva, IL 60134 | Unsecured<br>Withdrawn | | $0.00 | $0.00 | $0.00 |
| 000006<br>070<br>7100-00 | John Gabler Jr<br>Daniel F Konicek<br>21 W State St<br>Geneva, IL 60134 | Unsecured<br>Withdrawn | | $0.00 | $0.00 | $0.00 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: January 06, 2021 |

Case Number:  11-36759                                   Claim Number Sequence
Debtor Name:   COTSIRILOS, STEVEN P

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | Michael Gabler<br>Daniel F Konicek<br>21 W. State St.<br>Geneva, IL 60134 | Unsecured Withdrawn | | $0.00 | $0.00 | $0.00 |
| 000008 070 7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | Unsecured | | $2,520.03 | $0.00 | $2,520.03 |
| 000009 070 7100-00 | Anthony C. Campanale, Esq.<br>Anthony Campanale & Associates<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Unsecured Withdrawn | | $0.00 | $0.00 | $0.00 |
| 000010A 058 5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $15,924.82 | $0.00 | $15,924.82 |
| 000010B 080 7300-00 | Illinois Department of Revenue | Unsecured | | $4,141.48 | $0.00 | $4,141.48 |
| 000011 050 4110-00 | Michael J. Hickey<br>c/o Derek Johnson<br>Rathje & Woodward, LLC<br>300 East Roosevelt Road-Suite 300<br>Wheaton, IL 60187 | Secured Withdrawn | | $0.00 | $0.00 | $0.00 |
| 000012 070 7100-00 | Law Office of David P. Liebowitz<br>3438 North Elaine Place<br>Suite #4<br>Chicago, IL 60651 | Unsecured | | $14,763.79 | $0.00 | $14,763.79 |
| 000013 080 7200-00 | Nancy Colucci<br>c/o Marc H. Weinstein & Associates, Ltd.<br>4415 West Harrison<br>Suite 234<br>Hillside, IL 60162 | Unsecured | | $139,186.00 | $0.00 | $139,186.00 |
| 000014 080 7200-00 | 21 Spinning Wheel RD<br>21 Spinning Wheel Road<br>Hinsdale, IL 60521 | Unsecured Withdrawn | | $0.00 | $0.00 | $0.00 |
| 000015 080 7200-00 | Alfred N. Koplin<br>21 Spinning Wheel Road<br>Hinsdale, IL 60521 | Unsecured | | $2,382,021.15 | $0.00 | $2,382,021.15 |
| 000016 080 7200-00 | Rita Cotsirilos<br>2400 Windsor Mall, Unit 3-E<br>Park Ridge, IL 60068 | Unsecured Withdrawn | | $0.00 | $0.00 | $0.00 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: January 06, 2021 |

Case Number:  11-36759  
Debtor Name:  COTSIRILOS, STEVEN P  

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | Arthur B. Levine Co., Inc. 370 Lexington Avnue Suite 1101 New York, NY  10017 | Administrative | | $476.49 | $476.49 | $0.00 |
| | Case Totals: | | | $2,786,889.58 | $55,476.43 | $2,731,413.15 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-36759  
Case Name: COTSIRILOS, STEVEN P  
Trustee Name: Phillip D. Levey  

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Accountant for Trustee Fees: Lois West | $ | $ | $ |
| Other: Arthur B. Levine Co., Inc. | $ | $ | $ |
| Other: William J. Factor | $ | $ | $ |
| Other: William J. Factor | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____  
Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors   $_____

Remaining Balance   $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |
| 000002 | American Express Bank, FSB | $ | $ | $ |
| 000008 | Chase Bank USA NA | $ | $ | $ |
| 000012 | Law Office of David P. Liebowitz | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Nancy Colucci | $ | $ | $ |
| 000015 | Alfred N. Koplin | $ | $ | $ |
| 000016 | Rita Cotsirilos | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010B | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to subordinated unsecured creditors    $_____

Remaining Balance    $_____