# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| In Re: | BK No.: 11-36759 |
| Steven P. Cotsirilos, | |
| | Chapter: 7 |
| | Honorable Jacqueline P Cox |
| Debtor(s) | |

## ORDER RE APPLICATION OF CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

This matter coming on for hearing on the application of Phillip D. Levey, trustee herein, for compensation for Chapter 7 trustee fees and reimbursement of expenses, due notice having been given to the debtor(s), all creditors who have filed claims in this case, all CM/ECF filers in this case, other parties in interest and the Office of the U.S. Trustee, no objections having been filed, it is

ORDERED, that Phillip D. Levey is awarded Chapter 7 trustee fees in the amount of $48,807.31 herein plus reimbursement of expenses in the sum of $654.23, with said sums to be paid by this estate as a Chapter 7 cost of administration.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: March 09, 2021

**Prepared by:**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL  60614
773-348-9682