UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | BK No.: 11-36759 |
| Steven P. Cotsirilos, | Chapter: 7 |
| | Honorable Jacqueline P Cox |
| Debtor(s) | |

**ORDER RE APPLICATION OF ATTORNEY FOR TRUSTEE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

On the application of Phillip D. Levey for compensation and reimbursement of expenses as attorney for the trustee herein, due notice having been given to the debtor(s), all creditors who have filed claims, all CM/ECF filers, the Office of the U.S. Trustee and other parties in interest, and no objections having been filed thereto, it is

ORDERED, that Phillip D. Levey is awarded $110,512.50 in fees as attorney for the Chapter 7 trustee herein and $0.00 as reimbursement for expenses incurred as attorney for the trustee, with said sums to be paid by this estate as a Chapter 7 cost of administration.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: March 09, 2021

**Prepared by:**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682