UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  11-36759
Steven P. Cotsirilos,  )
 )  Chapter:  7
 )  Honorable Jacqueline P Cox
 )
 )
Debtor(s)  )

**ORDER RE TRUSTEE'S APPLICATION TO COMPENSATE ACCOUNTANT**

On the application of Phillip D. Levey, Chapter 7 trustee herein, to compensate Kutchins, Robbins & Diamond, Ltd. for services rendered as trustee's accountant herein, due notice having been given to the debtor(s), all creditors who have filed claims, all CM/ECF filers, the Office of the U.S. Trustee and other parties in interest, no objections having been filed, it is

ORDERED, that Kutchins, Robbins & Diamond, Ltd. is awarded $11,612.00 in fees as accountant for the trustee herein plus reimbursement of expenses in the sum of $0.00 with said sums to be paid as a Chapter 7 cost of administration.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: March 09, 2021

**Prepared by:**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL  60614
773-348-9682