**Bankruptcy Administration**



STATE OF Illinois
DEPARTMENT OF REVENUE

March 25, 2021

UNITED STATES BANKRUPTCY COURT
ILLINOIS NORTHERN BANKRUPTCY COURT CHICAGO - CHICAGO
US BANKRUPTCY COURT
EASTERN DIVISION
219 S. DEARBORN
CHICAGO, IL 60604

**Letter ID:** L1788982000

**Bankruptcy no.:** 1136759

RE: STEVEN COTSIRILOS

To the Clerk of the Court:

The State of Illinois hereby withdraws the following claim(s):

| Claim # | Date Filed | Amount |
|---------|------------|--------|
| 30 | 03/19/2013 | $20,066.30 |
| | | |
| | | |
| | | |

JOHN WILKINS
ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

217 557-9474

IDOR-7-BCW (N-05/07)