# AMENDED DISTRIBUTION REPORT
# PROPOSED DISTRIBUTION

| Case Number: 11-36759    JPC | Page  1 | Date: April 6, 2021 |
|---|---|---|
| Debtor Name: COTSIRILOS, STEVEN P | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $16,980.27 |
| **Claim Type 2100-00 - Trustee Compensation** | | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $48,807.31 | $48,807.31 | $0.00 | $0.00 | $16,980.27 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotal For Claim Type 2100-00 | | | $48,807.31 | $48,807.31 | $0.00 | $0.00 | |
| **Claim Type 2200-00 - Trustee Expenses** | | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $654.23 | $654.23 | $0.00 | $0.00 | $16,980.27 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotal For Claim Type 2200-00 | | | $654.23 | $654.23 | $0.00 | $0.00 | |
| **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $110,512.50 | $110,512.50 | $0.00 | $0.00 | $16,980.27 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotal For Claim Type 3110-00 | | | $110,512.50 | $110,512.50 | $0.00 | $0.00 | |
| **Claim Type 3210-00 - Attorney for Trustee Fees (Other** | | | | | | | | |
| | William J. Factor | Admin | 001 | $54,999.94 | $54,999.94 | $0.00 | $0.00 | $16,980.27 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotal For Claim Type 3210-00 | | | $54,999.94 | $54,999.94 | $0.00 | $0.00 | |
| **Claim Type 3410-00 - Accountant for Trustee Fees** | | | | | | | | |
| | Lois West | Admin | 001 | $11,612.00 | $11,612.00 | $0.00 | $0.00 | $16,980.27 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotal For Claim Type 3410-00 | | | $11,612.00 | $11,612.00 | $0.00 | $0.00 | |
| **Claim Type 2300-00 - Bond Payments** | | | | | | | | |
| BOND | Arthur B. Levine Co., Inc. | Admin | 999 | $476.49 | $476.49 | $0.00 | $0.00 | $16,980.27 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotal For Claim Type 2300-00 | | | $476.49 | $476.49 | $0.00 | $0.00 | |
| Subtotals For Class Administrative  100.00000 % | | | | $227,062.47 | $227,062.47 | $0.00 | $0.00 | |
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 000001 | American InfoSource LP as agent for | Unsec | 070 | $221.01 | $221.01 | $0.00 | $0.00 | $16,980.27 |
| | | | Percent Paid: 100.00000 % | | | | | |
| 000002 | American Express Bank, FSB | Unsec | 070 | $1,048.83 | $1,048.83 | $0.00 | $0.00 | $16,980.27 |
| | | | Percent Paid: 100.00000 % | | | | | |
| 000008 | Chase Bank USA NA | Unsec | 070 | $2,520.03 | $2,520.03 | $0.00 | $0.00 | $16,980.27 |
| | | | Percent Paid: 100.00000 % | | | | | |
| 000012 | Law Office of David P. Liebowitz | Unsec | 070 | $14,763.79 | $14,763.79 | $0.00 | $0.00 | $16,980.27 |
| | | | Percent Paid: 100.00000 % | | | | | |

### AMENDED DISTRIBUTION REPORT
## PROPOSED DISTRIBUTION

Case Number: 11-36759    JPC                          Page  2                                     Date: April 6, 2021
Debtor Name: COTSIRILOS, STEVEN P

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| | **Subtotal For Claim Type 7100-00** | | | $18,553.66 | $18,553.66 | $0.00 | $0.00 | |
| | **Claim Type 7200-00 – Tardy General Unsecured** | | | | | | | |
| 000013 | Nancy Colucci | Unsec | 080 | $139,186.00 | $35,471.48 | $103,714.52 | $937.41 | $16,042.86 |
| | Percent Paid: 26.15844 % | | | | | | | |
| 000015 | Alfred N. Koplin | Unsec | 080 | $2,382,021.15 | $607,056.86 | $1,774,964.29 | $16,042.86 | $0.00 |
| | Percent Paid: 26.15845 % | | | | | | | |
| 000016 | Rita Cotsirilos | Unsec | 080 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 7200-00** | | | $2,521,207.15 | $642,528.34 | $1,878,678.81 | $16,980.27 | |
| | Subtotals For Class Unsecured | 26.69788 % | | $2,539,760.81 | $661,082.00 | $1,878,678.81 | $16,980.27 | |
| | **<< Totals >>** | | | $2,766,823.28 | $888,144.47 | $1,878,678.81 | $16,980.27 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

**Trustee's Certification of Accuracy**
**Amended Distribution Report Dated April 6, 2021**

I, Phillip D. Levey, Chapter 7 Trustee of the Estate of Steven P. Cotsirilos, Case No. 11-36759, hereby certify that the information contained in the above referenced Amended Distribution Report is true and accurate to the best of my knowledge as of April 6, 2021.

Dated:  April 6, 2021.

/s/ Phillip D. Levey
Chapter 7 Trustee