# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                              §
                                    §
COTSIRILOS, STEVEN P                §      Case No. 11-36759
                                    §
          Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for       months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 9451 Corbin Avenue Northridge, CA 91328 | | | | | |
| | Chase Manhattan Mortgage Attention: Research Dept. G7-PP 3415 Vision Drive Columbus, OH 43219 | | | | | |
| | Citimortgage Inc Po Box 9438,dept 0251 Gaithersburg, MD 20898 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Attention: Bankruptcy Dept. 1100 Virginia Drive Fort Washington, PA 19034 | | | | | |
| | Lake Forest Bank & Tru 727 N Bank Ln Lake Forest, IL 60045 | | | | | |
| | Leigh Gignilliat Todd Jeffery Stephens 833 Elm St. # 205 Winnetka, IL 60093 | | | | | |
| | Leigh Gignilliat Todd Jeffery Stephens 833 Elm St. # 205 Winnetka, IL 60093 | | | | | |
| | Michael J. Hickey 433 E. 3rd St. Hinsdale, IL 60521 | | | | | |
| | Michael J. Hickey 433 E. 3rd St. Hinsdale, IL 60521 | | | | | |
| | Pennymac Loan Services 27001 Agoura Rd Ste 350 Calabasas, CA 91301 | | | | | |
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | | | | |
| | Rushmore Loan Servicing 6 N Main St Dayton, OH 45402 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | World Savings & Loan Attn: Bankruptcy 4101 Wiseman Blvd San Antonio, TX 78251 | | | | | |
| 000011 | HICKEY, MICHAEL J. | | | | | |
| 000004 | LAKE FOREST BANK & TRUST COMPANY | | | | | |
| 000003 | CHICAGO TITLE INSURANCE CO., INC. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:LEVEY, PHILLIP D. | | | | | |
| TRUSTEE EXPENSES:LEVEY, PHILLIP D. | | | | | |
| ARTHUR B. LEVINE CO., INC. | | | | | |
| ARTHUR B. LEVINE COMPANY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| THOMPSON COURT REPORTERS, INC. | | | | | |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):LEVEY, PHILLIP D. | | | | | |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):FACTOR, WILLIAM J. | | | | | |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):FACTOR, WILLIAM J. | | | | | |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):WEST, LOIS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alfred Koplin 21 Spinning Wheel Rd. Hinsdale, IL 60521 | | | | | |
| | Anthony Campanale 19 South LaSalle Street Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arnold Flank 555 Skokie Blvd. Suite 500 Northbrook, IL 60062 | | | | | |
| | Capital Partners Fourteen, LLC Konicek & Dillon 21 W. State St. Geneva, IL 60134 | | | | | |
| | Chase Cardmember Service PO Box 19850 Wilmington, DE 19886 | | | | | |
| | Citibank Attention: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64915 | | | | | |
| | David Liebowitz 53 W. Jackson Blvd. Chicago, IL 60604 | | | | | |
| | John Gabler Jr. 21 W. State St. Geneva, IL 60134 | | | | | |
| | Lawyers Title Insurance Co. 6601 Frances St. Omaha, NE 68106 | | | | | |
| | Michael Gabler Konicek & Dillon, P.C. 21 W. State St. Geneva, IL 60134 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nancy Colucci Marc H. Weinstein 4415 Harrison St.-Suite 234 Hillside, IL 60162 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Peoples Gas Must call local office or 877-832-6747 | | | | | |
| | Rita Cotsirilos 2400 Windsor Mall Park Ridge, IL 60068 | | | | | |
| 000009 | ANTHONY C. CAMPANALE, ESQ. | | | | | |
| 000005 | CAPITAL PARTNERS FOURTEEN, LLC | | | | | |
| 000006 | JOHN GABLER JR | | | | | |
| 000012 | LAW OFFICE OF DAVID P. LIEBOWITZ | | | | | |
| 000007 | MICHAEL GABLER | | | | | |
| 000002 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | CHASE BANK USA NA | | | | | |
| 000014 | 21 SPINNING WHEEL RD | | | | | |
| 000013 | COLUCCI, NANCY | | | | | |
| 000016 | COTSIRILOS, RITA | | | | | |
| 000015 | KOPLIN, ALFRED N. | | | | | |
| 000010B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

Case No:   11-36759   JPC   Judge: JACQUELINE COX

Case Name:   COTSIRILOS, STEVEN P

For Period Ending:  07/15/21

Trustee Name:   Phillip D. Levey

Date Filed (f) or Converted (c):   09/09/11 (f)

341(a) Meeting Date:   10/07/11

Claims Bar Date:   01/13/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1025 Sheridan Rd., Wilmette IL 60091 | 471,000.00 | 0.00 | | 0.00 | FA |
| 2. 1835 Crescent Ave. Park Ridge, IL 60091 | 171,500.00 | 0.00 | | 0.00 | FA |
| 3. 5321 W. Winnemac Chicago, Il 60630 | 250,000.00 | 0.00 | | 0.00 | FA |
|    Stay modified - foreclosed. | | | | | |
| 4. 5339 W. Montrose Chicago, IL 60641 | 208,000.00 | 0.00 | | 0.00 | FA |
|    Stay modified - foreclosed. | | | | | |
| 5. 39 W163 Fryendall Ct. Geneva, IL 60134 | 650,000.00 | 0.00 | | 0.00 | FA |
| 6. 351 W. 105th Pl. Chicago, IL 60628 | 7,500.00 | 0.00 | | 0.00 | FA |
| 7. 119 N. Waller Ave. Chicago, IL 60644 | 15,000.00 | 0.00 | | 0.00 | FA |
| 8. 322 W. 105th St. Chicago, IL 60628 | 8,000.00 | 0.00 | | 0.00 | FA |
| 9. 1117 S. Taylor St. Oak Park, IL 60607 | 190,000.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 168.00 | 0.00 | | 168.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 11. Chase Checking | 19.76 | 0.00 | | 19.76 | FA |
|    Debtor Claimed Exemption | | | | | |
| 12. Chase Checking | 188.00 | 0.00 | | 188.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 13. North Shore Community Bank Tenant Security Deposi | 0.00 | 0.00 | | 0.00 | FA |
| 14. Fidelity Brokerage Account | 2,667.30 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 15. Chase Checking | 31.11 | 0.00 | | 31.11 | FA |
|    Debtor Claimed Exemption | | | | | |
| 16. Chase Checking Account Jointly Held with Michael H | 209.50 | 0.00 | | 209.50 | FA |
|    Debtor Claimed Exemption | | | | | |
| 17. Furniture | 2,500.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit 8

| Case No: | 11-36759 | JPC | Judge: JACQUELINE COX |
|---|---|---|---|
| Case Name: | COTSIRILOS, STEVEN P | | |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Date Filed (f) or Converted (c): | 09/09/11 (f) |
| 341(a) Meeting Date: | 10/07/11 |
| Claims Bar Date: | 01/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 19. Hartford Insurance Company, Whole Life Policy Sub | 2,200.00 | 0.00 | | 0.00 | FA |
| Hartford Insurance Company, Whole Life Policy Subject to $30,000 early withdrawal penalty. Withdrawals allowed in or about 2025 without penalty. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 20. Fidelity UTM Account | 0.00 | 0.00 | | 0.00 | FA |
| 21. Fidelity Roth IRA | 14,127.57 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 22. Lifestyle Property Management, LLC | 0.00 | 0.00 | | 0.00 | FA |
| Membership Interest | | | | | |
| 23. S.C.I.P., LLC - 50% Membership Interest | 387,500.00 | 160,575.00 | | 160,575.00 | FA |
| Sold per order 11-19-19. (Dkt. 223) | | | | | |
| 24. CIBS Corp Stock Shares (25% owner) | 85,500.00 | 200,325.00 | | 200,325.00 | FA |
| Sold per order 11-19-19. (Dkt. 223) | | | | | |
| 25. $3,100,000 in Uncollectable Promissory notes | 0.00 | 0.00 | | 0.00 | FA |
| 26. 1966 MGB: 66000 miles | 5,000.00 | 5,000.00 | | 5,300.00 | FA |
| Sold per order 11-28-11. (Dkt. 74) | | | | | |
| 27. 1970 Jaguar XKE: 74000 miles | 15,000.00 | 12,000.00 | | 12,000.00 | FA |
| Sold per order 11-28-11. (Dkt. 74) | | | | | |
| 28. 1984 BMW 745i: 169000 miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 29. 1986 BMW 745i: 98000 miles | 2,200.00 | 0.00 | | 0.00 | FA |
| 30. 1994 BMW 740iL: 171000 miles | 460.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 31. Sea & Sea 37 Sail Boat | 11,250.00 | 7,500.00 | | 7,500.00 | FA |

Ver: 22.03b

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 11-36759 | JPC | Judge: JACQUELINE COX |
| Case Name: | COTSIRILOS, STEVEN P | | |

| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 09/09/11 (f) |
| 341(a) Meeting Date: | 10/07/11 |
| Claims Bar Date: | 01/13/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Sold per order 7-12-12. (Dkt. 122) | | | | | |
| 32. | Tools | 1,000.00 | 0.00 | | 0.00 | FA |
| | Debtor Claimed Exemption | | | | | |
| 33. | Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.41 | FA |
| 34. | Income Tax Refund (u) | 4,608.00 | 11,290.00 | | 11,290.00 | FA |
| 35. | Chase Debtor-in-Possession Account (u) | 635.92 | 0.00 | | 635.92 | FA |
| | Debtor Claimed Exemption | | | | | |
| 36. | Fidelity Profit Sharing (u) | 19,754.18 | 19,754.18 | | 0.00 | FA |
| 37. | CFP Investments, LLP - Distributions (u) | 0.00 | 123,802.42 | | 123,802.42 | FA |
| 38. | CFP Investments, LLP - 20.85% Interest (u) | 0.00 | 389,100.00 | | 389,100.00 | FA |
| | Sold per order 11-19-19. (Dkt. 223) | | | | | |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,529,519.34 | $929,346.60 | | $911,146.12 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/15/13    Current Projected Date of Final Report (TFR): 03/15/21

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| Case No: | 11-36759 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | COTSIRILOS, STEVEN P | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2978  Checking |
| Taxpayer ID No: | *******0338 | | |
| For Period Ending: | 07/15/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 35,866.58 | | 35,866.58 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.11 | 35,844.47 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.84 | 35,821.63 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.08 | 35,799.55 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.81 | 35,776.74 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.18 | 35,723.56 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 30.10 | 35,693.46 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.97 | 35,645.49 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.01 | 35,592.48 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.20 | 35,541.28 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.84 | 35,488.44 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.06 | 35,437.38 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.69 | 35,384.69 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.61 | 35,332.08 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.84 | 35,281.24 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.45 | 35,228.79 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.69 | 35,178.10 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.30 | 35,125.80 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.23 | 35,073.57 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.10 | 35,026.47 |
| 04/01/14 | 010002 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | TRUSTEE'S BOND | 2300-000 | | 8.46 | 35,018.01 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.07 | 34,965.94 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.31 | 34,915.63 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.91 | 34,863.72 |

| | | Page Subtotals | 35,866.58 | 1,002.86 |
|---|---|---|---|---|

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

| Case No: | 11-36759 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | COTSIRILOS, STEVEN P | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2978 Checking |
| Taxpayer ID No: | *******0338 | | |
| For Period Ending: | 07/15/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.16 | 34,813.56 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.76 | 34,761.80 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.68 | 34,710.12 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.94 | 34,660.18 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.53 | 34,608.65 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.79 | 34,558.86 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.37 | 34,507.49 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.31 | 34,456.18 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.27 | 34,409.91 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.15 | 34,358.76 |
| 04/27/15 | 010003 | Arthur B. Levine Company 60 East 42nd Street - Room 965 New York, New York 10165 | TRUSTEE'S BOND Premium - 2/1/15 to 2/1/16 | 2300-000 | | 24.86 | 34,333.90 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.43 | 34,284.47 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.99 | 34,233.48 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.25 | 34,184.23 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.82 | 34,133.41 |
| 08/18/15 | | Steven Cotsirilos | Turnover | | 1,252.29 | | 35,385.70 |
| | 10 | COTSIRILOS, STEVEN | Memo Amount:        168.00 Turnover | 1129-000 | | | |
| | 35 | COTSIRILOS, STEVEN | Memo Amount:        635.92 Turnover | 1229-000 | | | |
| | 11 | COTSIRILOS, STEVEN | Memo Amount:         19.76 Turnover | 1129-000 | | | |
| | 12 | COTSIRILOS, STEVEN | Memo Amount:        188.00 Turnover | 1129-000 | | | |
| | 15 | COTSIRILOS, STEVEN | Memo Amount:         31.11 Turnover | 1129-000 | | | |
| | 16 | COTSIRILOS, STEVEN | Memo Amount:        209.50 | 1129-000 | | | |

Page Subtotals        1,252.29        730.31

Ver: 22.03b

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 11-36759 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | COTSIRILOS, STEVEN P | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2978  Checking |

| Taxpayer ID No: | *******0338 | | |
| For Period Ending: | 07/15/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Turnover | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.59 | 35,334.11 |
| 12/08/15 | 010004 | Thompson Court Reporters, Inc. 1017 W. Washington Blvd. Suite 2F Chicago, IL 60607 | Court Reporter Deposition of Steven Cotsirilos on November 16, 2015, attendance fee. | 2990-000 | | 175.00 | 35,159.11 |
| 02/29/16 | 010005 | Arthur B. Levine Co., Inc. 370 Lexington Avnue Suite 1101 New York, NY 10017 | TRUSTEE'S BOND | 2300-000 | | 26.19 | 35,132.92 |
| 09/20/16 | 37 | Steven P. Cotsirilos | Turnover of post-petition distributions pursuant to Order, dated December 9, 2015, of distributions form CFP Investments, LP to debtor for 2011, 2012, 2013, 2014 and 2015. | 1223-000 | 39,560.00 | | 74,692.92 |
| 02/02/17 | 37 | Steven P. Cotsirilos | Turnover Partial turnover of distributions received from CFP Investments, LP for 2016. | 1223-000 | 25,000.00 | | 99,692.92 |
| 03/03/17 | 37 | Steven P. Cotsirilos | Turnover | 1223-000 | 58,400.00 | | 158,092.92 |
| 03/23/17 | 010006 | International Sureties, Ltd. 701 Poydras St. - Suite 420 New Orleans, LA 70139 | Trustee Bond | 2300-000 | | 23.00 | 158,069.92 |
| 04/26/17 | 37 | Steven P. Cotsirilos | Partial Turnover-CFP Distribution | 1223-000 | 842.42 | | 158,912.34 |
| 10/24/17 | 010007 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | 2013 Income Taxes FEIN XX-6940338 IL-1041 2013 | 2820-000 | | 386.00 | 158,526.34 |
| 10/24/17 | 010008 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | 2014 Income Taxes FEIN XX-6940338 IL-1041 2014 | 2820-000 | | 371.00 | 158,155.34 |

| | | | | Page Subtotals | 123,802.42 | 1,032.78 | |

Ver: 22.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| | |
|---|---|
| Case No: | 11-36759 -JPC |
| Case Name: | COTSIRILOS, STEVEN P |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2978  Checking |

| | |
|---|---|
| Taxpayer ID No: | *******0338 |
| For Period Ending: | 07/15/21 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/24/17 | 010009 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL  62794-9053  IL-1041  2015 | 2015 Income Taxes FEIN XX-6940338 | 2820-000 | | 336.00 | 157,819.34 |
| 10/24/17 | 010010 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL  62794-9053  IL-1041 2016 | 2016 Income Taxes FEIN XX-6940338 | 2820-000 | | 244.00 | 157,575.34 |
| 02/22/18 | 010011 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | Trustee's Bond | 2300-000 | | 63.67 | 157,511.67 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 234.11 | 157,277.56 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 226.28 | 157,051.28 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 233.49 | 156,817.79 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 225.63 | 156,592.16 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 232.83 | 156,359.33 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 232.46 | 156,126.87 |
| 09/16/18 | 010012 | Illinois Department of Revenue | 2017 Income Taxes FEIN  XX-6940338  2017  IL - 1041 - V | 2820-000 | | 182.00 | 155,944.87 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 224.57 | 155,720.30 |
| 11/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 231.49 | 155,488.81 |
| 12/12/18 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 155,488.81 | 0.00 |

Page Subtotals          0.00          158,155.34

Ver: 22.03b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 11-36759  -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | COTSIRILOS, STEVEN P | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2978  Checking |
| Taxpayer ID No: | *******0338 | | |
| For Period Ending: | 07/15/21 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Memo Allocation Receipts: | 1,252.29 | COLUMN TOTALS | 160,921.29 | 160,921.29 | 0.00 |
|  |  | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 35,866.58 | 155,488.81 | |
|  |  |  |  | Subtotal | 125,054.71 | 5,432.48 | |
|  |  | Memo Allocation Net: | 1,252.29 | Less: Payments to Debtors | | 0.00 | |
|  |  |  |  | Net | 125,054.71 | 5,432.48 | |

Page Subtotals              0.00              0.00

Ver: 22.03b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 11-36759 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | COTSIROLS, STEVEN P | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6082  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0338 | | |
| For Period Ending: | 07/15/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/26/11 | 26, 27 | Rita Cotsirilos | Sale of Automobiles | 1129-000 | 17,300.00 | | 17,300.00 |
| 12/30/11 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,300.14 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 21.33 | 17,278.81 |
| 01/31/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,278.96 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 22.66 | 17,256.30 |
| 02/29/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,256.44 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 20.51 | 17,235.93 |
| 03/30/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,236.07 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 21.19 | 17,214.88 |
| 04/05/12 | 000101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 14.94 | 17,199.94 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/30/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,200.09 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 21.86 | 17,178.23 |
| 05/31/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,178.38 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 21.82 | 17,156.56 |
| 06/29/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,156.70 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 20.39 | 17,136.31 |
| 07/16/12 | 31 | LPMI Liquidating Ltd. | Sale of 1/2 Interest in Boat | 1129-000 | 7,500.00 | | 24,636.31 |
| | | 1025 Sheridan Rd. | | | | | |
| | | Wilmette, IL  60091 | | | | | |
| 07/31/12 | 33 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.18 | | 24,636.49 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.47 | 24,610.02 |
| 08/15/12 | 34 | Internal Revenue Service | Income Tax Refund | 1224-000 | 7,723.00 | | 32,333.02 |
| 08/23/12 | 34 | United States Treasury | Tax Refund | 1224-000 | 3,567.00 | | 35,900.02 |
| 08/30/12 | 33 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 35,900.24 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 33.66 | 35,866.58 |
| | | 901 MAIN STREET | | | | | |

| | Page Subtotals | 36,091.41 | 224.83 |
|---|---|---|---|

Ver: 22.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| Case No: | 11-36759 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | COTSIRILOS, STEVEN P | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6082  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0338 | | |
| For Period Ending: | 07/15/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | 10TH FLOOR<br>DALLAS, TX  75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 35,866.58 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 36,091.41 | 36,091.41 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 35,866.58 | |
| | | Subtotal | | 36,091.41 | 224.83 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 36,091.41 | 224.83 | |

Page Subtotals          0.00          35,866.58

Ver: 22.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

FORM 2

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-36759 -JPC |
| Case Name: | COTSIRILOS, STEVEN P |
| Taxpayer ID No: | *******0338 |
| For Period Ending: | 07/15/21 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0038  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 155,488.81 | | 155,488.81 |
| 04/06/19 | 002001 | Inernational Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA  70139 | TRUSTEE'S BOND BOND #016073584 Premium 2/1/19 - 2/1/20 | 2300-000 | | 59.65 | 155,429.16 |
| 09/11/19 | 002002 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL  62794-9053 | 2018 Income Taxes FEIN XX-6940338 IL - 1041 - V | 2820-000 | | 353.00 | 155,076.16 |
| 01/08/20 | | Steven P. Cotsirilos | Sale of CIBS, CFP & SCIP Wire Transfer Bank Reference #20200108I1B7032R015283. | | 750,000.00 | | 905,076.16 |
| | 23 | | Memo Amount:         160,575.00 Sale of S.C.I.P., LLC-50% Interest | 1129-000 | | | |
| | 24 | | Memo Amount:         200,325.00 Sale CIBS Corp-25% | 1129-000 | | | |
| | 38 | | Memo Amount:         389,100.00 Sale of CFP InVestments-20.85% | 1229-000 | | | |
| 03/03/20 | 002003 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA  70139 | TRUSTEE'S BOND Blanket Bond Premium  02/01/20 to 02/01/21 BOND # 016073584 | 2300-000 | | 303.98 | 904,772.18 |
| 03/06/20 | 002004 | Illinois Department of Revenue P.O. Box 19035 Springfield, IL  62794-9035 | Income Taxes - 2017 & 2018 | 2820-000 | | 123.93 | 904,648.25 |
| 06/04/20 | 002005 | Law Office of William J. Factor, Ltd. d/b/a FactorLaw 105 West Madison Street Suite 1500 | Special Counsel Fees and Expenses Special Counsel Fees and Expenses per Order dated May 26, 2020. | | | 54,999.94 | 849,648.31 |

| | Page Subtotals | 905,488.81 | 55,840.50 | |
|---|---|---|---|---|

Ver: 22.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

FORM 2

Page: 9

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-36759  -JPC |
| Case Name: | COTSIRILOS, STEVEN P |
| Taxpayer ID No: | *******0338 |
| For Period Ending: | 07/15/21 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0038  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60602 | | | | | |
| | | | Fees            53,525.00 | 3210-000 | | | |
| | | | Expenses        1,474.94 | 3220-000 | | | |
| 03/10/21 | 002006 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL | Trustee Compensation | 2100-000 | | 48,807.31 | 800,841.00 |
| 03/10/21 | 002007 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL | Trustee Expenses | 2200-000 | | 654.23 | 800,186.77 |
| 03/10/21 | 002008 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL | Attorney for Trustee Fees (Trustee | 3110-000 | | 110,512.50 | 689,674.27 |
| 03/10/21 | 002009 | Lois West<br>Kutchins Robbins & Diamond, Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Shaumburg, IL  60173 | Accountant for Trustee Fees (Other | 3410-000 | | 11,612.00 | 678,062.27 |
| * 03/10/21 | 002010 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000010A, Payment 100.00000%<br>(10-1) Unfiled period | 5800-003 | | 15,924.82 | 662,137.45 |
| 03/10/21 | 002011 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000001, Payment 100.00000% | 7100-900 | | 221.01 | 661,916.44 |
| 03/10/21 | 002012 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 100.00000%<br>(2-1) CREDIT CARD DEBT | 7100-900 | | 1,048.83 | 660,867.61 |
| 03/10/21 | 002013 | Chase Bank USA NA | Claim 000008, Payment 100.00000% | 7100-900 | | 2,520.03 | 658,347.58 |

Page Subtotals          0.00          191,300.73

Ver: 22.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

**FORM 2**

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-36759  -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | COTSIRILOS, STEVEN P | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0038  Checking Account |
| Taxpayer ID No: | *******0338 | | |
| For Period Ending: | 07/15/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 03/10/21 | 002014 | PO BOX 15145<br>Wilmington DE 19850-5145<br>Law Office of David P. Liebowitz<br>3438 North Elaine Place<br>Suite #4<br>Chicago, IL  60651 | Claim 000012, Payment 100.00000% | 7100-000 | | 14,763.79 | 643,583.79 |
| | 03/10/21 | 002015 | Nancy Colucci<br>c/o Marc H. Weinstein & Associates, Ltd.<br>4415 West Harrison<br>Suite 234<br>Hillside, IL  60162 | Claim 000013, Payment 25.48495% | 7200-000 | | 35,471.48 | 608,112.31 |
| | 03/10/21 | 002016 | Alfred N. Koplin<br>21 Spinning Wheel Road<br>Hinsdale, IL  60521 | Claim 000015, Payment 25.48495% | 7200-000 | | 607,056.86 | 1,055.45 |
| * | 03/10/21 | 002017 | Illinois Department of Revenue | Claim 000010B, Payment 25.48485% | 7300-003 | | 1,055.45 | 0.00 |
| * | 04/01/21 | 002010 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000010A, Payment 100.00000%<br>Claim paid by debtor in 2016. Check returned to<br>Trustee. | 5800-003 | | -15,924.82 | 15,924.82 |
| * | 04/01/21 | 002017 | Illinois Department of Revenue | Claim 000010B, Payment 25.48485%<br>Claim paid by debtor in 2016. Check returned to<br>Trustee. | 7300-003 | | -1,055.45 | 16,980.27 |
| | 06/07/21 | 002018 | Nancy Colucci<br>c/o Marc H. Weinstein & Associates, Ltd.<br>4415 West Harrison<br>Suite 234<br>Hillside, IL  60162 | Claim 000013, Payment 0.67349% | 7200-000 | | 937.41 | 16,042.86 |
| | 06/07/21 | 002019 | Alfred N. Koplin<br>21 Spinning Wheel Road<br>Hinsdale, IL  60521 | Claim 000015, Payment 0.67350% | 7200-000 | | 16,042.86 | 0.00 |

Page Subtotals     0.00     658,347.58

Ver: 22.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 24)*

**FORM 2**

Page: 11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-36759  -JPC |
| Case Name: | COTSIRILOS, STEVEN P |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0038  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******0338 |
| For Period Ending: | 07/15/21 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 750,000.00 | COLUMN TOTALS | 905,488.81 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 155,488.81 |
| | | Subtotal | 750,000.00 |
| Memo Allocation Net: | 750,000.00 | Less: Payments to Debtors | |
| | | Net | 750,000.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | 905,488.81 | 905,488.81 | 0.00 |
| Less: Bank Transfers/CD's | 155,488.81 | 0.00 | |
| Subtotal | 750,000.00 | 905,488.81 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 750,000.00 | 905,488.81 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 751,252.29 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking - *******2978 | 125,054.71 | 5,432.48 | 0.00 |
| | | Money Market Account (Interest Earn - *******6082 | 36,091.41 | 224.83 | 0.00 |
| Total Memo Allocation Net: | 751,252.29 | Checking Account - *******0038 | 750,000.00 | 905,488.81 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 911,146.12 | 911,146.12 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals              0.00                    0.00

Ver: 22.03b